ACCEPTED
03-16-00029-cr
14549770
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/4/2017 10:54:06 AM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00029-CR

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/4/2017 10:54:06 AM

JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| CURTIS JOE TOLIVER | § | APPELLANT |
| VS. | § | |
| STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 390TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D-1-DC-09-300664

### STATE'S THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

a) The State's brief is currently due on **January 4, 2017**.

b) This request is that the deadline for filing the State's brief be extended by **30 days**.

1

c) The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

d) This request is not made for the purpose of delay but rather to obtain a ruling on the State's Motion to Dismiss for lack of jurisdiction, which was filed on November 29, 2016.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **February 3, 2017.**

Respectfully submitted,

MARGARET MOORE
District Attorney
Travis County, Texas

_____
Angie Creasy
Assistant District Attorney
State Bar No. 24043613
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4206
Angie.Creasy@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 142 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

_____
Angie Creasy
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of January, 2017, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the appellant's attorney, Drew Phipps, Attorney at Law, 7421 Burnet Road #288, Austin, Texas 78757, dphipps3@aol.com.

_____
Angie Creasy
Assistant District Attorney